UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| PATRICIA L. WENDLAND, ) | |
| ) | |
| Plaintiff, ) | 3:13-cv-00703-LRH-WGC |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | O R D E R |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#18[1]) entered on April 14, 2015, recommending denying plaintiff's Motion for Reversal and/or Remand (#13) filed on July 11, 2014, and granting defendant's Cross-motion to Affirm (#14) filed on August 7, 2014. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#18) entered on April 14, 2015, should be adopted and accepted.

///

---

[1]Refers to court's docket number.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#18)
2 entered on April 14, 2015, is ADOPTED and ACCEPTED, and plaintiff's Motion for Reversal and/or
3 Remand (#13) is DENIED.
4   IT IS FURTHER ORDERED that defendant's Cross-motion to Affirm (#14) is GRANTED.
5   IT IS SO ORDERED.
6   DATED this 15th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2